UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                          CASE NO. 07-52261-TJT
DELAVON COCHRANE                           CHAPTER 13 PROCEEDINGS
                                           HON. THOMAS J. TUCKER

_____ Debtor _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court
pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DELAVON COCHRANE 8525 RIVARD WARREN, MI 48089-0000 SSN: XXX-XX-4308 | N/A | N/A | DEBTOR REFUND | 1267830 | 5/26/10 | $ 952.50 |

DATED:  June 01, 2010              /s/ TAMMY L. TERRY
                                   TAMMY L. TERRY, STANDING
                                   CHAPTER 13 TRUSTEE
                                   535 GRISWOLD
                                   SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    0382621
DETROIT, MICHIGAN 48231-1930

0752261 00000 01/14 1267830
CLERK OF US BANKRUPTCY COURT
& DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 05/26/2010                                         Check No: 1267830
Payee: CLERK OF US BANKRUPTCY COURT

| 0752261 | DELAVON COCHRANE | | | | 952.50 | 0.00 | 952.50 |
|---|---|---|---|---|---|---|---|
| | ACCT: | CLAIM 00000 TYPE: | | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
811

**CHECK NO. 1267830**
SunTrust Bank

**FOR**  DELAVON COCHRANE
BK 0752261 ACCT:
PRIN        952.50  INT        0.00

**DATE May 26, 2010**

**AMOUNT**
********952.50

**PAY**  952.50

Nine Hundred Fifty-Two And 50 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $952.50
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

IN THE MATTER OF:

DELAVON COCHRANE

CASE NO. 07-52261-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

_____ Debtor _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**FREGO & BRODSKY PLC
23843 JOY ROAD
DEARBORN HEIGHTS, MI 48127**

**Last Known Address for Debtor:**

**DELAVON COCHRANE
8525 RIVARD
WARREN, MI 48089**

DATED: June 01, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100